CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 20 2006

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRIS MARTIN,<br>　　Plaintiff, | Civil Action No. 7:06-cv-00481 |
| v. | FINAL ORDER |
| UNNAMED DEFENDANTS, et. al.,<br>　　Defendants. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

as follows:

1. Plaintiff's motion to amend (Dkt. No. 6) is hereby **GRANTED** and the complaint is supplemented as stated in the motions to amend; but

2. This action as amended shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), and stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to the defendants.

ENTER: This 20th day of October, 2006.

/s/ James C. Turk
Senior United States District Judge